

**RECEIVED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

APR – 1 2008  aew

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APR 01 2008

JAMES M WORTHEM

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08CV 1865
JUDGE LEFKOW
MAGISTRATE JUDGE BROWN

Case No. _ _ _ _ _ _ _ _ _
(To be supplied by the Clerk of this Court)

vs.

VENKATA NATTAM

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
     U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
      28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.    Plaintiff(s):**

A.    Name: JAMES NORTHEM

B.    List all aliases: David Scott

C.    Prisoner identification number: 2007-0071905

D.    Place of present confinement: COOK COUNTY Jail

E.    Address: 2700 South. California St. Chicago Ill, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: VENKATA NATTAM

Title: OWNER OF Super 8 Motel / Indiana

Place of Employment: 6015 Gateway Drive, Plainfield IN, 46168

B.    Defendant: _____

Title: _____

Place of Employment: _____

C.    Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                          Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

**A.** Name of case and docket number: James M Worthem V. Deputy Boyle  Case# 07 C 6589

**B.** Approximate date of filing lawsuit: 11/21/07

**C.** List all plaintiffs (if you had co-plaintiffs), including any aliases: James Worthem (AKA) David Scott

**D.** List all defendants: Sheriffs Deputy /Bailiff Mr. Boyle

**E.** Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois

**F.** Name of judge to whom case was assigned: Honorable Judge Leinenweber

**G.** Basic claim made: Excessive force /assault.

**H.** Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Motion to leave of file in forma pauperis is Granted.

**I.** Approximate date of disposition: 2/4/08

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

A. 07 C 6687 - James Worthem V. Tom Dart Etc.
B. 11/28/07
C. James Worthem (AKA) David Scott
D. Dr. Corasquillo, Dr A. Ting, Paramedic Ms. Douglas, Tom Dart, Chief Wright, Godine
E. Northern District of Illinois
F. Honorable Judge Leinenweber
G. Health and safety violations / Red Spots.
H. Granted in leave of forma pauperis
I. ?

IV continued
A) James Worthem V. Jennifer Hall etc. Case # 07C-7255
B) 12/27/07
C) James M Worthem (AKA) David Scott
D) Michael moore and Jennifere Hall
E) Northern District of Illinois
F) Honorable Judge James B Zagel
G) Deliberate Indifferance, Gross negligence and Const. Amend 8' and 14 Violation
H) Granted in leave of forma pauperis.
I) 3/11/08

IV- continued
A) James Worthem V. Tom Dart, Chief of police for C.P.D, Godinez.# 08 C 1210
B) 2/28/08
C) James Worthem (AKA) David Scott
D) Tom Dart, Salvadoe Godinez and Dana Starks.
E) Northern District of Illinois
F) Honorable Judge Leinenweber
G) Posting notice of Rights Violation
H) Dismissed / Terminated
I) 3/5/08

IV continued

A) 08 C 1512   James Worthem v. Tom Dart etc.

B) 3|5|08

C) James Worthem (AKA) David Scott

D) Tom Dart Sheriff and Dir. Salvadore Godinez

E) Northern District of Illinois

F) Honorable Judge Leinenweber

G) Extortion and Racketeering

H) Still Pending

I) ?

*12 copies of each*

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4

**IV.     Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is
involved, including names, dates, and places.  **Do not give any legal arguments or cite any
cases or statutes.**  If you intend to allege a number of related claims, number and set forth
each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets
if necessary.)

ON 6/9/06 While in my Room at a Super 8 MOTEL in
Plainfield Indiana, There was a knock at my Door, I
asked who and the Reply was " Room Service ", when I opened
it at Approx 3 Am there was 1 woman and 3 Guys at which
one Guy held a Gun pointed to my head. They came in and
Violently assaulted me, busting open my head and beating me all
about the head and face areas. They were Looking for money. I then
Gave Chase and they all disappeared into night. Police caught 2 of
them and I pressed charges. The ambulance also came and Gauzed
up my head and Gave me butterfly Stitches. The Guy on Duty
at Motel that night Stated that the people did not have a room there
and that he was aware of those people Knocking on different doors
but yet did nothing to remove them from the premises. I was only
in Indiana for work purposes. I was Sent there with 9 other
Guys to load and unload trucks at a dock for midway Movers
in chicago. As Soon As all the commotion was clear on
the Date of 6/9/06, I was informed by the crew Chief
" Narberto " that the boss of midway Wanted to speak to me,

4

So "Jerry Siegal" told me that I was too take a bus (Greyhound) back to Chicago immediately, and for me to pick up my check in a few days. None of that ever happened. I did go back home on 6/9/06 at approx 9:AM but Midway Movers never gave me my $500.00 check and I was never allowed to go back to work and I am the victim. The Super 8 Motel is in violation of my equal protection rights and civil rights as I should of been secure and safe at that motel, their actions of gross negligence, extreme reckless disregard for their customers safety and security was highly deliberate and indifferant. They should have never allowed those people to roam and go around knocking on differant doors. Then the nite attendant refused to call the police for about 10 minutes and only watched me bleed and ask for help somehow. I have been physically and mentally scared from that violated assault of my person that could have been prevented had the employee of Super 8 Motel not allow those people/perps to pound on peoples doors at 3.Am. he should have called the police right away. I suffered physical injuries to my head and face and I was a paying customer who was extremely violated by the actions of the Super 8 Motel. And on their premises at that and they are held accountable for the violence occured to my person on their property. I still suffer from black outs and paranoia.

Revised 9/2007

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

For The Physical Injuries that I Sustained on my head, face and body, and for the Super 8 Motels allowing Non-Customers to Roam around and Pound on doors at 3: A.M. I Am ReQuesting an amount of $30 Million Dollars for Pain and Suffering, Mental anguish and fore Punitive and Compensatory Damages.

**VI.    The plaintiff demands that the case be tried by a jury.   ☒ YES    ☐ NO**

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 16th day of March, 20 08.

James Worthem

(Signature of plaintiff or plaintiffs)

James M Worthem

(Print name)

2007-0071905

(I.D. Number)

James Worthem

P.O. Box 089002

Chicago Ill, 60608

(Address)

6                                                    Revised 9/2007

**PATRICIA ANN BALDWIN**
Prosecuting Attorney



**JAMES E. BRYAN**
Chief Deputy

HENDRICKS COUNTY PROSECUTOR
ONE COURTHOUSE SQUARE #105
DANVILLE, IN 46122-1703

Criminal Division 2nd Floor
**Telephone: (317) 745-9283**
Fax: (317) 745-9290

November 8, 2007

James Worthem
1540 N Harding
Chicago, IL 60651

*Re: State of Indiana vs. Dannielle Jones, Case No. 32D01-0606-FC-29*

Dear Mr. Worthem:

Enclosed is a copy of the court case summary describing the sentencing of the above-referenced defendant.

If restitution was ordered, it will be paid through the Clerk's Office and forwarded to you. If you do not receive your restitution close to the end of the defendant's probationary period, please contact the probation department. It is important that if you move and still are owed restitution that you notify our office of the address change.

If a protective order was extended, the extension will be forwarded to the local law enforcement agency for filing. On the other hand, if a protective order was terminated, that will also be filed with the law enforcement agency.

Sincerely,


Pam Deckard


Enclosure



For The Judge on This case.

Investigator
**Stephen M. Scott**

Victim Assistance Coordinator
**Tamatha Hasty**

```
Nov  8, 2007              HENDRICKS COUNTY SUPERIOR NO 1              Page    1
  1:40 pm       Historical Record       for 32D01 0606-FC -000029        0001
                STATE OF INDIANA  vs.  DANNIELLE NICOLE JONES
```

```
Party Name: JONES, DANNIELLE NICOLE           Defendant
Date Filed: 06/09/06                    DESC : BATTERY-SERIOUS BODILY INJURY
Status    : REDO      Judge    : RWF  Offense Dt: 06/08/06  Municipality : PLA
Status Dt.: 11/29/06  Last Active: 11/07/07
==Next Event=====Date=======At======In=
REVIEW HEARING 11/29/07   9:00 am
Paid to Dt:       305.00
Case Bal. :                    Finding:  BD        Fnd Date: 11/29/06

        Pty 0001   ARREST WARRANT          Status: Served      Issued:  06/12/06
                                           Served:   06/18/06
```

```
Judge         Freese, Robert W              Judge

Plaintiff                                   Deputy Pros.     317-745-9283
             STATE OF INDIANA
                                              MANNING, MICHAEL       MANNING
                                              HENDRICKS CO. DEP PROSECUTOR
                                              1 COURTHOUSE SQUARE
                                              DANVILLE        IN  46122

Defendant                                   ATTORNEY         317-745-4485 OFC
                                                             317-745-9918 FAX
Pty    1     JONES, DANNIELLE NICOLE         STEUERWALD, GREGORY EA 1780-32
             4667 IOWA STREET                106 NORTH WASHINGTON STREET
AW   Served  CLAYTON          IN   46117     PO BOX 503
                                             DANVILLE        IN  46122

                                            BONDSMAN          317-852-2245
                                                             317-852-3464 FAX
                                              ROSS, GARRY              BO17
                                              191 NORTH GREEN STREET
                                              BROWNSBURG      IN  46112

Physical: DOB: 01/05/1985     Sex: F                    Race: WHITE
          Eye: GRE  Hair: BRO  Hgt: 500 Wgt: 120
Driver License:            DL#: 1150-22-1611
```

```
Offense/s                     CHARGES
Numb Date     Statute    Time    Arrest/Citation  Off Off TyPlea    Dispo
              Description        Date/s  Number        Date    Date
-----------------------------------------------------------------------------
01 0 06/08/06                 06/08/06
              35-42-2-1(3)                           C FC             D
              BATTERY-SERIOUS BODILY INJURY                       10/05/06
                                        SR16  Ty:1
02 0 06/08/06                 06/08/06
              35-42-2-1                              A CM
              BATTERY-BODILY INJURY
                                        SR16  Ty:1
```

```
                     Party 0001 Specific Actions
Seq  Date    Description                         Note 1 Note 2 Note 3
-----------------------------------------------------------------------------
0001 10/05/06 D      DISMISSED                    Charge   001 00
```

Nov  8, 2007                HENDRICKS COUNTY SUPERIOR NO 1              Page    2
   1:40 pm        Historical Record          for 32D01 0606-FC -000029      0001
                  STATE OF INDIANA  vs.  DANNIELLE NICOLE JONES

---

| Seq | Date | Description        *** P A R T I A L *** | Note 1 | Note 2 | Note 3 |
|-----|------|------------------------------------------|--------|--------|--------|

0001 06/09/06  Information and Probable Cause Afdvt filed.       MAP
               APPEARANCE FORM FILED BY MICHAEL MANNING.
0002 06/12/06                                                    js         NOTICE RJO
               Probable Cause found for battery-serious injury, a class C
               felony.  Warrant ordered issued for Dannielle Jones with
               bond set at $100,000.00 commercial only until initial
               hearing per order.

               Protective order protecting James M. Worthem issued per
               order.
0003 06/13/06                                                    MAP        NOTICE RJO
               Notice: PA and Hendricks
               County Sheriff with warrant

               NTFD: PA, PERSON RESTRAINED, PROTECTED PERSON, HCSD & COOK
               COUNTY SHERIFF'S DEPT W/ NO CONTACT ORDER.
0004 06/19/06                                                    js         NOTICE RJO
               Initial hearing held and concluded.  Pretrial and omnibus
               set at 9:00 a.m., Aug. 2, 2006 and jury trial set at 1:00
               p.m., Aug. 21, 2006; defendant remanded to Sheriff with bond
               set at $10,000.00 commercial only per order.
0005 06/20/06                                                    JS
               HEND CO SHERIFF RET ON FELONY ARREST WARRANT FOR DANNIELLE
               NICOLE JONES ISSUED 6-13-06 RET AS SERVED 6-18-06
0006 06/21/06                                                    JJH
               10000.00 ON 06-19-06  Commercial Bond Posted by
               International Fidelity Ins Garry Ross.
0007 06/21/06                                                    JS
               HEND CO SHERIFF RET ON NO CONTACT ORDER FOR DANNIELLE N
               JONES RET AS SERVED PERSONALLY ON 6-18-06
0008 06/26/06                                                    MAP        NOTICE RJO
               NTFD: PA, HCSD, DEF(C/M) & ROSS W/ ORDER.
0009 06/28/06                                                    MF
               CERT MAIL RET ON DANNIELLE JONES SIGNED BY DANNIELLE JONES
               ON 6-27-06.
0010 06/29/06                                                    MAP        WF
               STATE'S RESPONSE TO COURT ORDERED DISCOVERY FILED.
0011 07/28/06                                                    MAP        WF
               APPEARANCE FORM FILED BY GREGORY STEUERWALD
0012 07/31/06                                                    MAP        NOTICE
               NTFD: STEUERWALD W/ CCS, PC & C INFO.
0013 08/02/06                                                    js         NOTICE
               Pre-trial continued to 9:00 a.m., Sept. 6, 2006 per order.
0014 08/13/06                                                    MAP        NOTICE
               NTFD: PA, STEUERWALD & ROSS W/ ORDER. (Minute Sheet not
               filed w/ Clerk)
0015 09/06/06                                                    rst        NOTICE
               Parties agree to reset case for October 25, 2006 at 9:00
               a.m. for Pre-Trial or Plea.
0016 09/12/06                                                    HH         NOTICE
               NTFD PA, STEUERWALD & ROSS W/ CCS

```
Seq  Date     Description     *** P A R T I A L ***        Note 1 Note 2 Note 3
-------------------------------------------------------------------------------
0017 10/05/06                                              MAP    WF
              ON 10-4-06,
              ADDED COUNT 2 FILED BY STATE
0018 10/05/06                                              JJH    WOF
              MOTION TO DISMISS COUNT  1 FILED BY MANNING
0019 10/05/06                                              js     NOTICE
              Count 1 dismissed per order.
              Initial hearing for count 2 set at 9:00 a.m., Oct. 25, 2006.
0020 10/06/06                                              MAP    NOTICE RJO
              NTFD: PA, STEUERWALD & ROSS W/ ORDER.
0021 10/25/06                                              rst    NOTICE
              Court on its own motion resets hearing currently set for
              October 25, 2006 to November 8, 2006 at 9:00 a.m. for
              Pre-Trial or Plea.
0022 10/25/06                                              rst    NOTICE
              Court on its own motion resets hearing currently set for
              October 25, 2006 to November 8, 2006 at 9:00 a.m. for
              Pre-Trial or Plea.
0023 10/26/06                                              MAP    NOTICE
              NTFD: PA, STEUERWALD & ROSS W/ CCS ENTRY.
0024 11/08/06                                              md     NOTICE
              Per Defendant's request, Pre-Trial reset to 11-29-06 at 9:00
              a.m.
0025 11/09/06                                              MAP    NOTICE
              NTFD: PA, STEUERWALD & ROSS W/ CCS ENTRY.
0026 11/15/06    305.00  Assessed PTD PRE TRIAL DIVERSION  Chg001 DEF    0001
0027 11/15/06    305.00  Total Payment   CC 5199PB   REC 274330 DEF    0001
0028 11/15/06                                              HH
              ON 11-14-06 PRE-TRIAL DIVERSION AGREEMENT FILED BY ALL
              PARTIES
0029 11/15/06                                              js     NOTICE RJO
              Pretrial diversion agreement having been filed; review
              hearing set at 9:00 a.m., Nov. 16, 2007.  (DECIDED)
0030 11/15/06                                              js
              REDOCKETED for review hearing.
0031 11/20/06                                              MAP    NOTICE
              NTFD: PA & STEUERWALD W/ CCS ENTRY.
0032 11/22/06                                              MAP
              PRE-TRIAL DIVERSION AGREEMENT FILED BY ALL PARTIES
0033 11/28/06                                              js
              Case with bailiff Tyler for calendaring.
0034 11/29/06                                              js     NOTICE
              Pretrial diversion having been filed, review hearing set at
              9:00 a.m., Nov. 29, 2007 per order of 11-28-06.  (DECIDED)
0035 11/29/06                                              js
              REDOCKETED for review hearing.
0036 12/04/06                                              MAP    NOTICE
              NTFD: PA, STEUERWALD & ROSS W/  ORDER.
0037 11/07/07                                              MAP
              MOTION TO DISMISS AND MOTION TO TERMINATE NO CONTACT ORDER
              FILED BY STATE
```