**PRISONER CASE**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

APR 01 2008

**FILED**

APR 0 1 2008  NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



| | | |
|---|---|---|
| **Plaintiff(s):** JAMES WORTHEM | **Defendant(s):** VENKATA NATTAM | |
| **County of Residence:** COOK | **County of Residence:** | |
| **Plaintiff's Address:**<br>James Worthem<br>#2007-0071905<br>Cook County Jail<br>P.O. Box 089002<br>Chicago, IL 60608 | **Defendant's Attorney:**<br><br>08CV 1865<br>JUDGE LEFKOW<br>MAGISTRATE JUDGE BROWN | |

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [✓] Yes  [ ] No

**Signature:** *A. E. Woodham*   **Date:** 04/01/2008