UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
MAY 8 2008
MAY 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

James M Worthem
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Super 8 Motel
Venkatta Nataam
John Doe / nite Attendant
MIDuhy Movers
Jerry Siegal - owner
Eric / Manager

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: 08CV1865
(To be supplied by the Clerk of this Court)

*JUDGE: Joan H. Lefkow

*MAGISTRATE JUDGE
Geraldine Soat Brown

CHECK ONE ONLY: Amended complaint

___ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

✓ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. Plaintiff(s):

A. Name: James Michael Uberthem

B. Date of Birth: June 11th of 1968

C. List all aliases: David Scott

D. Prisoner identification number: 20070071905

E. Place of present confinement: Cook County Jail

F. Address: 2700 South California, Chicago IL, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Super 8 Motel

Title: Company/corporation

Place of Employment: 6015 Gateway Drive, Plainfield IN, 46168

B. Defendant: Venkatta Natnam

Title: Owner of Super 8 Motel / Indiana

Place of Employment: 6015 Gateway Drive, Plainfield IN, 46168

C. Defendant: John Doe

Title: Nite Clerk/Attendant on 6/9/06 3:AM

Place of Employment: 6015 Gateway Drive, Plainfield IN, 46168

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

II continued ↙

**Plaintiff(s):**

A. Name: James M. Worthem

B. List all aliases: David Scott

C. Prisoner identification number: 20070071905

D. Place of present confinement: Cook County Jail

E. Address: 2700 S. California, Chicago ILL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):** Continued ✱

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Jerry Siegal
   Title: Owner of Midway Movers
   Place of Employment: 4100 W. Ferdinand, Chicago ILL 60624

B. Defendant: Eric / Manager
   Title: Manager of Midway Movers
   Place of Employment: 4100 W. Ferdinand, Chicago ILL 60624

C. Defendant: Midway Movers
   Title: Company / Corporation
   Place of Employment: 4100 W. Ferdinand, Chicago ILL 60624

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: James M Worthem V. Deputy Boyle " case # 07C-6589

B. Approximate date of filing lawsuit: 11/21/07

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: James M Worthem (AKA) David Scott

D. List all defendants: Sheriff's Deputy/Bailiff Mr. Boyle

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois

F. Name of judge to whom case was assigned: Honorable Judge Leinenweber

G. Basic claim made: Excessive Force/assault

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Motion to leave of file in Forma Pauperis is Granted.

I. Approximate date of disposition: 2/4/08

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. continued
A. 07 C 6687  James Worthem V. Tom Dart
B. 11/28/07
C. James Worthem (AKA) David Scott
D. Dr. Carasquillo, Dr. Ting, Paramedic Ms. Douglas, Tom Dart, Chief Wright, Dir Godinez
E. Northern District of Illinois
F. Honorable Judge Leinenweber
G. Health, safety, and sanitation / Red spots
H. Granted in leave of Forma Pauperis
I. 2/22/08

III. continued
A. James Worthem V. Jennifer Hall, Michael Moore, # 07C-7255
B. 12/27/07
C. James Worthem (AKA) David Scott
D. Michael Moore and Jennifer Hall
E. Northern District of Illinois
F. Honorable Judge James B. Zagel
G. Deliberate Indifference, Gross negligence, and const. Amend 8th and 14th violations
H. Granted in leave of Forma Pauperis
I. 3/11/08

III. continued
A. James Worthem V. Tom Dart, Chief of C.P.D. and Dir Godinez # 08 C 1210
B. 2/28/08
C. James Worthem (AKA) David Scott
D. Tom Dart, Salvador Godinez, Dana Starks
E. Northern District of Illinois
F. Honorable Judge Leinenweber
G. Posting notice of Rights violation
H. Dismissed / Terminated
I. 3/5/08

III. continued.
A. James Worthem V. Tom Dart, et al, # 08 C 1512
B. 3/5/08
C. James Worthem (AKA) David Scott
D. Sheriff Tom Dart and Director Salvador Godinez
E. Northern District of Illinois
F. Honorable Judge Leinenweber
G. Extortion and Racketeering
H. Still Pending
I. ?

III. continued
A. James Worthem V. Venkatta Nataam # 08 CV 1865
B. 4/1/08
C. James Worthem (AKA) David Scott
D. Venkatta Nataam
E. Northern District of Illinois
F. Honorable Judge Joan Lefkow
G. Assaulted on premises w/ extreme Gross negligence
H. Still Pending
I. ?

IV.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(ALL said Parties violated my personal liberty, life and property. During the month of May of 2006, I and other workers from Midway movers were sent to Plainfield Indiana from Midway Movers in Chicago so as to work on the Docks to load and unload trucks in a company in Indiana that was owned by the owner of Midway movers friend. We all were put up in a motel in Indiana for 2 weeks and then sent back to Chicago, then since all went well for the owner of midway and for his friends company in Indiana, but while there in Indiana, the chosen crew chief was only allowed to hand out $10 A day to eat on and no matter what A worker May have needed financially, it was given under a Reasonable basis so long as it didn't exceed the Amount you earned in hours for that day and that loan would come out of your pay and that also included the $10 a day that the owner of Midway allowed us to have in order to eat on for that day but that too was subtracted from the pay. if we wanted to call

4

Revised 5/2007

home to wife and kids but didn't have a cell phone, we were not allowed to call from the motel room phone and if I did, the bill (phone) would be also taken from my pay. Once back in Chicago, within 3 days after our return, Midway Movers wanted to re-send the workers back to Indiana for a 2 week stay, but I was not asked to go because I had argued with the Manager/Eric about my check and I was told that if I wanted to wait for a week for my check that I earned while out in Indiana then I'd receive the full $400, but if I wanted money now, I could get paid in cash but only in the amount of $300 so because I have a family to feed and bills to pay, I accepted the cash under the table. At the last minute on May 30th of 06 or so, 1 worker didn't want to go back to Indiana as did more because of the harsh and deprived conditions by Midway Movers company and it's owner and Manager but we had bills, etc. so I was personally asked by Jerry Siegal/owner of Midway Movers if I would consider going back to Indiana since I was always a good worker and I was absolutely drug free as hardly any worker at Midway was not. I was promised a bonus upon my return and

5

So I accepted and was Transported back to my apt to do a quick pack for a 2 week stay. Once in Indiana now we had to move from a Motel from across the Road to a Super 8 Motel and all was going okay for the 10th or so Day we 10 workers from Midway Movers there and had 5 Rooms, 2 Guys to each Room, It was now June 6th of 2006, Friday, My Uncle and Grandma lived near Indianapolis Indiana for 3 years at this time but I had never been to Indiana prior to these work Related trips nor have I seen that part of the family Due to my incarceration for 10 straight years and was on parole at the time of this trip and Midway Movers was full aware of My and others being on parole and the consequences involved if parolees crossed another state line but all Midway Movers cared about was their Money and getting any Job Done. I went to stay and visit with My Grandma and Uncle over this particular weekend from June 6 thru June 8 of 06, since all of the other Guys wives were Driving in from Chicago to be with their husbands or Guys, I got back to the Motel on June 8th at Approx 9 p.m. and all of the Guys wives had left but the crew chiefs wife of whom was still on location. I was tired so I showered and went to sleep after eating some spaghetti and meatballs from the Microwave. At Approx 3 a.m. on 6/9/06 I was awoken by a loud knock at the Door, I asked who and A Womans Reply was "Room service" I opened up the Door and was Greeted by a woman and 3 guys at which one Guy held a Gun toward my head and stated "Where's the money and valuables" I was both shocked and scared, I told them that we had No Money and the

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 5/2007

Room mate I had stated the same but I have checked him and found some money with him, I began Demanding that they leave at once and that I would call the police immediately and in return I was hit over the head with the Gun and began getting violently assaulted all about the head and face areas by every single attacker and my Room Mate simply stood quiet and layed on the floor, I began yelling for help and was again hit over the head and as all began fleeing out of my Room, the last Guy Grabbed a can of chili off of Dresser and forcefully threw it in my Direction, I Ducked and it knocked a hole in the wall of the Super 8 motel Room, I started to five chase down the hallway on 2nd floor and yelled for help at the Same time, nobody would come out of their Room, I chased em down the stairs and through the lobby of the motel where the John Doe Attendant Just stared at all that was transpiring, I told/yelled for him to call Police, All the violators Disappeared into the night, I was now Dizzy and fell to the ground outside of Motel until the crew chief "Norberto" came out in his Shorts and helped me up and back inside where he then began telling the John Doe Attendant to call Police, but he wouldn't so the crew chief left me on the floor in the lobby and he went back upstairs to where his wife was now an on looker with others of whom I did not know but they too went back to their rooms, the crew chief yelled down at me, stating that he was going to call the owner of Midway Movers, I felt blood gushing down my face and my eyes felt heavy, and John Doe clerk still did not call the police, I said "please help me, call the police and Ambulance, I'm hurt. I feel Dizzy and I believe I passed out, I did aware to police and an Ambulance of whom walked me outside the Doors to the

(4)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

James Worthem
_____
_____
_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

Jerry Siegal
ERZC / Manager
_____
_____
_____
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

No ✗   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

        COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
        28 SECTION 1331 U.S. Code (federal defendants)

*Yes ✓  OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

(8)

MOTEL where I received butterfly stitches to my head and ice packs and then the Medical Technician gauzed up my entire head and I was asked a series of questions by the police and I told them that I thought I had recognized the woman as a woman who worked at the company in Indiana that we all worked for but had not ever seen any of the guys but would be able to recognize them if I seen them again, the police then asked the John Doe Attendant a series of questions like why did it take him over 10 minutes to call for help, he stated he was scared and shaken up, the nite clerk, (same John Doe) also stated that he was aware that these people were on the premises and knocking from door to door for approximately 15 or 20 minutes and that all seemed to be intoxicated and that he knew those people did not have a room at the Super 8 Motel and that at this time of night, there's only one way in to the Motel and those people just walked right past him and he not once asked who they were looking for nor stopped them from knocking on all sorts of Doors at 3 AM! The Super 8 Motel only has one camera and thats located behind the counter and only pointed in the direction of the cash register which tells me that the owner Venkatta Nattaam is only concerned of the money that the Super 8 Motel brings in and was not concerned about the paying customers health

9

safety, protection, or well being, I could of been any one of that Motels customers, all it would of took was for anybody to open the Door to these Intruders. this is A highly Irregular situation and Recklessness, Deliberate Indifference on the Nite Attendants part, also on the Owners Gross negligence for not giving his employees the proper training in situations that can and does occur like this, the Super 8 Motel has a duty to keep out Intruders and to protect it's property by all means necassary. At Approx 7:30 AM on 6/9/06, A knock is at my Door, it's the crew chief "Norberto", I quickly notice that my Room mate is Gone and also his suitcase and other belongings, I open the Door and I'm told that the owner of Midway Jerry Siegal wants me on the phone so I speak to Jerry of whom Rudely Instructs me to come back to Chicago Immediately and that I'm taking a Greyhound bus back and for me to go home and Relax and to pick up my check at which was owed to me for my work services at Indiana $500.0 So as I began packing, Another knock at my Door, it was now the Indiana police, they showed me 2 Pictures, one a Guy and one a Lady, I quickly noticed 2 of the 4 Attackers and pointed 'em out and pressed charges on them. the police also took pictures of my face and Room Right after the attack hours earlier. I had told the owner of Midway Jerry that the police wanted to Question me further on

10

the matter but he gave orders to get back to Chicago immediately and that he was paying the bill and damage to room and that the owner of the Super 8 motel wanted me gone also and I told him this was an obstruction of justice and that this was my civil rights, I am a victim, Jerry Siegal assured me that he would take care of me back in Chicago, that never happend, I never had any medical insurrance from midway and they never offered it to me either. On the way back, my room mate was seated in the upper aisles of the bus and as he went past me he threatened me by saying that since I opened the door to the motel and I put his life in danger and those people took his money and some jewelry that I would be held responsible and would owe him. I told him that was not true and he stated that once back in Chicago, he was going to have some guys waiting for me at the Greyhound bus station on Harrison street. I told the bus driver ahead of time of the threat and again at the Chicago Greyhound station and she stated she didn't want any trouble and for me to get off her bus, I had on sunglasses due to my eyes being black and purple and 1/2 way closed shut, as I touched the ground off the bus, I was again violently assaulted and the bus driver was standing right next to me, my glasses flew

11

off my face and I told the bus Driver, please get security or the police, All this could of been prevented had you took notice as I Instructed and it was not her that got the security but another passenger did, I again pressed charges against another assaulter and signed a complaint and the police asked to check my bags, I said okay and told them of all that had just transpired over in Indiana and here at the bus terminal and instead of taking me home, All was rude to me and I took a cab home and if this Does not shock ones conscience then I honestly Don't know what will. once at home I relaxed and then 3 days later I called Midway Movers and spoke to the manager Eric of whom told me over the Phone that I was no longer allowed to work for them again and I asked why but was refused an answer, I asked about my Check owed to me and was Denied Due to what Eric stated that since the owner, Jerry Siegal had to send 2 Guys back to Indiana to replace me and my then Roommate and the Gas Price, the paying for Damages Done to the super 8 motels Room because of my assault and that since Jerry had to pay for the Grey hound bus ticket of 60 something Dollars that I would not be receiving any Money at all and that it was I who now owed Midway Movers for all the trouble that had transpired. I Pleaded to them that I am a victim and explained of what also happened at the Greyhound bus terminal and Eric stated he and the boss Jerry already knew about it and that I better stay away from

12

their place of business or I'd be Arrested for Illegal tresspassing on private property and that since I'm on parole I'd be the one to get into most trouble, especially for crossing over the border to another state. I needed that Job to pay my Rent and bills and to feed my family and I stressed this fact to Eric but all were unsympathetic to my cause and of my being a victim, I was a good hard worker, I believe this is a classic case of Gross work related Discrimination and all because I chose to exercise my Right to the Due process of the United States constitutional laws and to press charges against my attackers. Midway Movers Retaliated against me for my Right to exercise and they are in violation of obstructioning of Justice. The company of Midway Movers is Responsible for my health and well being, they sent me over the border into another state which makes it federal and being prejudiced against and Discriminated for absolutely nothing is against the Law. I lost my Apt and even though I found another Job many months later, I did nothing wrong and Eric/manager even told me that if I showed he and owner proof of my pressing charges against my attackers that I'd get my check owed to me but they lied, they would not allow me to come back to work ever since I was violently attacked. All parties are all held liable for their actions and all are being sued personally and in their proffessional work Duty. Civil Rights Violated. James Worthen

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like the Federal court to have Jurisdiction over this entire matter and Award Me accordingly to what the Jury would find Just and Reasonable in the eyes of the Law, both Punative and Compensatory Damages for extreme pain and suffering, Shocks the conscience, Mental Anguish and for all Parties unusual work ethics and for their Reckless Disregard. Plaintiff Seeks $20 Million Dollars Total by all parties together.

VI. The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 28th day of April, 2008

*James W[orthem]* (Signature of plaintiff or plaintiffs)

James M Worthem
(Print name)

20070071905
(I.D. Number)

James Worthem
2700 S. California
Chicago, Illinois, 60608
(Address)

6
Revised 5/2007

## AFFIDAVIT

I, James Worthem (plaintiff) V. Super 8 Motel (Def) Et. al. Case # 08CV1865 * Judge Joan H. Lefkow. Being duly sworn to depose and state that the accompanying Amended Complaint under §1983. That is governed by S.Ct. Rule #610 is true and correct in substance and fact to the best of my knowledge.

## NOTICE OF FILING

TO: Clerk of the U.S. District Court
Prisoner Correspondence
United States Court House
219 South Dearborn Street
Chicago Ill, 60604

Please take notice on 4/29 2008, I filed with the Dist. Court house 9 Amended complaint §1983 forms that was asked of me by the court to do within 30 days. They are being served on you. I request that you notify me within a timely fashion or thereafter as to the receipt after the filing date. Thank you.

## AFFIDAVIT OF SERVICE

State of Illinois, County of Cook, I James Worthem, being sworn state that I served the accompanying notices on the Above named person(s) by placing a true and correct copy(s) in a 9x12 envelope(s) addressed as shown above, by handing each of such envelope(s) to a Cook County Sheriff Div 9-3-H for the Deposit in the United States Mail at this C.C.J. Chicago Ill, 60608 together with fully pre-paid postage there on this 29 Day of April 2008, subscribed and affirmed to before me this 29th day of April 2008

OFFICIAL SEAL
GERRYLEN BROWN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/22/10

/s/ _____    /s/ _____
Notary Public                Petitioner