FILED
APR - 1 2008
APR 0 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

3/25/08

This is James Worthem, This 1983 forms zm now sending you is An zncident that occured in 2006 in "Plainfield zndiana" and z tried to send this complaint to the "federal court in Plainfield zndiana, but it turned out to be the wrong Address Due to the social Worker Giving it to me, I'm having problems with the law library clerks and the social Workers here are not helping me to receive the right Information zm seeking but zm going to send it to you with the prayer that I can file this within youre courts or to Please forward it to the correct court in Indiana. Thank you so much and God Bless. I had received the other perge from indiana back in December but A SGT here at the c.i.c.J. threw it all away (my 1983 forms) and so z had to Redo the whole thing at which is All of those.

/s/ James Worthem

08CV 1865
JUDGE LEFKOW
MAGISTRATE JUDGE BROWN

FILED
APR - 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT