5/11/08
(08 cv 1865)

FILED
JUN - 3 2008
6-3-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO: Clerk of the U.S. District Court / Prisoner Corr-

\# This is James M Worthem #B-12624, I am no longer in the Cook County Jail, I was sentenced on 5/8/08 and will be shipped to I.D.O.C. The Address to new location is as follows

\# New Location →

James Worthem #B-12624
P.O. Box 112
Joliet Illinois, 60434

Change of Address

\# I am also writing so that you can know of my whereabouts so as to send any and all future Legal Documents from the following 1983 case numbers that are already filed with your office. The case numbers are as follows. Thank you so much.

1) James M Worthem v. Sheriff "Boyle" # 07-C-6589
Honorable Judge Mr. Leinenweber.

2) James M Worthem v. Tom Dart et. al #07-C-6687
Honorable Judge Mr. Leinenweber.

3) James M Worthem v. Jennifer Hall et al #07 c-7255
Honorable Judge James B Zagel

4) James M Worthem v. Venkatta Nafaam et al #08 cv 1865
Amended + Honorable Judge Joan H Lefkow

5) James M Worthem v. Edwin A. Burnette et al # 08 c 2445
Honorable Judge Der-Yeghiayan

6) James Worthem v. Michael Nolan et al # 08 C 2444
Honorable Judge Hart

→

2) James M Worthem V. Roger E. Walker et al
# 08 C-2291 - Honorable Judge Leinenweber.

P.S. Please submit my new location in the file and computer so that the Defendants Lawyers and the court can know my whereabouts at all times. Thank you. Also, my Fiance Annette Garcia and Daughter Heather Worthems information for the court files is as follows but only for emergency purposes as these 2 are my only family and are my sole beneficiaries in life.

Annette Garcia / Heather Worthem
1540 N Harding Street
Chicago Illinois 60651

/s/ James Worthem

P.S. Again, Thank you very much ☺