UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

James M. Worthem
PLAINTIFF

Vs.

Venkatta Nataam et, al
DEFENDANT(S)

FILED
JUN 2 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

No: 08CV1865

Joan H. Lefkow
HONORABLE JUDGE

_____
MAGISTRATE JUDGE

## NOTICE OF INSTITUTIONAL NAME(S)

Honorable Judge Joan H. Lefkow, I Humbly Request with all due Respects to your honor, that the Cook County Jail messed up on my name when I had completely finished my parole in I.D.O.C. My Real biological name is James M. Worthem, I was born on 6/11/68 and my Social Security # is 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. My name is not "David Scott" but please take notice that my I-D # B-12624 is under both names in I.D.O.C. but because C.C.J. Delivered me to I.D.O.C. under the name David Scott, it's what is on my I-D. My criminal case # is 07CR-9711 and is under James Worthem as is all of my other suits filed in Federal courts. I got arrested on 5/23/07 and have not been released since then and I used my bio name. Please Do not Court Sanction me for this infraction. Thank you.

TO: Honorable Judge
Joan H. Lefkow
219 South Dearborn St.
Chicago Illinois 60604

FROM: James M Worthem
(AKA) David Scott # B-12624
P.O. Box 1900
Canton Ill. 61520

## PROOF OF SERVICE

I, James M. Worthem, Plaintiff/pro-se, hereby certify that I mailed a copy of the above Notice of Institutional Name(s) that C.C. Jail mixed up on their Negligence therein to the District Court Clerk. I know that this case is still pending before your Honor but I am only Respectfully making you aware. This is sent on 6/17/08, at or before 7pm, with proper postage prepaid.

/S/ James Worthem
    David Scott
    (AKA)

Thank You and God Bless You mam.