

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAMES MICHAEL WORTHEM
_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

SUPER 8 MOTEL

VENKATTA   NATAAM

KYLE SMITH      ET AL

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08 cv 1865

Case No: __08-CV-1865__
(To be supplied by the Clerk of this Court)

JOAN H. LEFKOW
HONORABLE JUDGE

GERALDINE SOAT BROWN
MAGISTRATE JUDGE

CHECK ONE ONLY:      **AMENDED COMPLAINT**

_____   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
         U.S. Code (state, county, or municipal defendants)

_____   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
         28 SECTION 1331 U.S. Code (federal defendants)

XXXXXX   OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

   A.  Name: __JAMES MICHAEL WORTHEM__

   B.  List all aliases: __DAVID SCOTT__

   C.  Prisoner identification number: __B-12624__

   D.  Place of present confinement: __ILLINOIS RIVER CORRECTIONAL CENTER__

   E.  Address: __P.O. BOX 1900, CANTON ILLINOIS, 61520__

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A.  Defendant: __SUPER 8 MOTEL__

      Title: __COMPANY/CORPORATION__

      Place of Employment: __6015 GATEWAY DRIVE, PLAINFIELD INDIANA, 46168__

   B.  Defendant: __VENKATTA NATAAM__

      Title: __OWNER OF SUPER 8 MOTEL IN INDIANA__

      Place of Employment: __6015 GATEWAY DRIVE, PLAINFIELD INDIANA, 46168__

   C.  Defendant: __KYLE SMITH__    DOB: 5/7/1986

      Title: __NITE CLERK/ATTENDANT PRESENT ON 6/9/2006__

      Place of Employment: __6015 GATEWAY DRIVE, PLAINFIELD INDIANA, 46168__

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: # 07-C-6589 JAMES WORTHEM VS. BOYLE

    B. Approximate date of filing lawsuit: 11/21/2007

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases:
a/k/a DAVID SCOTT

    D. List all defendants: SHERIFF DEPUTY "BOYLE"

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN DISTRICT OF ILLINOIS/ EASTERN DIVISION

    F. Name of judge to whom case was assigned:
HONORABLE JUDGE MR. HARRY D. LEINENWEBER

    G. Basic claim made: EXCESSIVE FORCE/ BRUTAL ASSAULT FOR THE FREEDOM OF SPEECH WITHIN THE COURT ROOM.

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): MOTION TO LEAVE OF FILE AND COMPLAINT AND FORMA PAUPERIS IS GRANTED.

    I. Approximate date of disposition: 2/4/2008

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON OR ABOUT 6/8/2006, AT APPROX 3:00 a.m. I AWOKE FROM MY SLEEP TO A CONSTANT KNOCK AT MY SUPER 8 MOTEL room & AS I ASKED 'WHO IS IT' THE REPLY WAS 'ROOM SERVICE' AS I OPENED THE DOOR, THERE WERE 3 GUYS & 1 WOMAN OF WHOM I RECOGNIZED AS THAT BEING A PERSON WHO WORKS AT THE 'HOME DIRECT WAREHOUSE' WHERE I WAS TEMPORARILY WORKING AT AS I & 9 OTHER GUYS WERE SENT FROM THE MIDWAY MOVERS IN CHICAGO, SO AS TO WORK AT THEIR PARTNERS COMPANY IN PLAINFIELD INDIANA... THE OWNER OF MIDWAY MOVERS HAD PAID FOR OUR ROOM & BOARD AT THIS PARTICULAR SUPER 8 MOTEL... THESSE INTRUDERS THAT ILLEGALLY ENTERED MY ROOM DEMANDED MONEY & VALUABLES FROM BOTH ME & MY ROOMMATE 'ALLEN HAVELKA' AND 1 GUY HELD A GUN ON MY ROOM MATE & AS I BEGAN TO TELL THEM THAT WE ARE ONLY HERE FOR WORK PURPOSES AND ARE WITHOUT ANY MONEY, ONE GUY PICKED UP A CAN OF CHILI OFF OF MY DREESER AND BEGAN VIOLENTLY ATTACKING MY PERSON, PUNCHING ME & HITTING ME ALL ABOUT THE FACE, HEAD, EYE, & SIDE OF THE HEAD WITH THAT METAL CAN OBJECT AS A WEAPON, RESULTING IN SERIOUS BODILY INJURY... MY ROOM MATE WAS FORCED TO LAY ON HIS STOMACH ON THE FLOOR AT GUN POINT AS I CONTINUED TO BE VIOLENTLY ATTACKED AS I BECAME A LITTLE COMBATIVE AS I WAS NOT GOING TO JUST DIE WITHOUT ATTEMPTING TO DEFEND MYSELF.. THEY DID GET MONEY OFF OF MY ROOMIE AND THEY ALL BEGAN TO FLEE OUT OF MY ROOM #202 AND DOWN THE HALLWAY WERE ALL THOUGH I WAS DELERIOUS, AND BLEEDING PROFUSELY, I STILL GAVE CHASE THROUGH THE HALLWAY, DOWN THE STAIRS AND PAST THE LOBBY, AND OUTSIDE WERE—

THEN ALL 4 ATTACKERS DISAPPEARED INTO THE NIGHT... I WAS THEN PICKED UP OFF THE GROUND BY MY CREW CHIEF 'NORBERTO' AND AS I WAS BROUGHT TO THE COUNTER OF THE SUPER 8 MOTEL NORBERTO WENT UP STAIRS TO CALL THE OWNER OF MIDWAY MOVERS. THE NITE ATTENDENT ONLY LOOKED AT ME AND I THEN DEMANDED THAT HE IMMEDIATELY CALL THE POLICE AT WHICH HE DID NOT DO FOR ABOUT A GOOD 5 MINUTES, UNTIL I YELLED AT HIM AND TOLD HIM THAT I AM FEELING VERY DIZZY & NEED MEDICAL ATTENTION... AS I WAITED FOR THE POLICE, THE ATTENDANT(KYLE SMITH) TOLD ME THAT HE WAS RESTING IN THE BACK OFFICE WHEN THOSE 4 INTRUDERS CAME IN AND THAT HE DID SEE THOSE PEOPLE & KNEW THAT THEY DID NOT HAVE A ROOM AT THIS MOTEL & HE ALSO ADMITTED THAT HE HEARD THESE INDIVIDUALS KNOCKING ON VARIOUS DOORS AND AT 3:00 a.m. THAT SHOULD OF SENT OFF WARNING BELLS AND THE POLICE SHOULD OF BEEN CALLED IMMEDIATELY... WHEN POLICE & AMBULANCE DID ARRIVE I GAVE A COMPLETE ACCOUNT ON ALL THAT HAD JUST TRANSPIRED, PICTURES WERE TAKEN OF ME & THE CRIME SCENE AS WELL AS EVIDENCE TAKEN. THE AMBULANCE TECHNICIANS ALSO PERFOMED THEIR DUTIES, I SUSTAINED MULTIPLE CONTUSIONS ON HEAD, FACE, BLOOD SEEPING FROM THE SIDE OF MY FACE, LEFT EYE FULL OF BLOOD, AND A CUT APPROXIMATELY 3/4 OF AN INCH LONG AND 1/4 INCH WIDE AND EYES WERE ALSO SWOLLEN SHUT... THE ATTENDANT/KYLE SMITH ALSO TOLD POLICE OFFICERS THAT THEIR ARE CAMERAS IN VARIOUS LOCATIONS BUT THE MNGMT. DOES NOT KEEP A TAPE TO RECORD THE DAY TO DAY ACTIONS... THE SUPER 8 MOTEL CORP. ALONG WITH THE OWNER 'MR. VENKATTA NATAAM' SHOULD HAVE ABSOLUTE SECURITY OF OF SOMESORT SO AS TO SAFEGUARD & SECURE THEIR PAYING CUSTOMERS FROM THE POSSIBLE INTRUSION UPON THEIR 14th AMENDMENT RIGHTS... THIS COULD OF BEEN ANY ONE OF THE SUPER 8 MOTELS CUSTOMERS AND THE OUTCOME COULY OF TURNED DEADLY... THE OWNER & MOTEL ITSELF ARE RESPONSIBLE FOR THE VIOLENT PERSONAL INJURIES I SUSTAINED TO-

MY PERSON PHYSICALLY & MOST MENTALLY.. ALL 4 CRIMINALS WERE EVENTUALLY CAUGHT DUE TO MY COMPLETE COOPERATION WITH POLICE AUTHORITIES AND SO THESE INDIVIDUALS WILL THINK TWICE BEFORE ILLEGALLY VIOLATING ANOTHER PEACEFUL CITIZEN OF WHOM SHOULD FEEL SAFE AND SECURE WITHIN ANY MOTEL ACROSS THE WORLD...

THE MOTEL ATTENDANT ' KYLE SMITH' IS IN DIRECT VIOLATION OF MY LIFE, LIBERTY, AND PROPERTY INTEREST AND THIS WAS DONE WITH RECKLESS INTENT AND IN A MANNER THAT 'SHOCKS THE CONSCIENCE! I WAS DEPRIVED OF AN ABSOLUTE RIGHT TO FEEL SAFE AND SECURE IN A PROFESSIONAL ESTABLISHMENT THAT HAS THEIR RESPECTIVE NAME 'SUPER 8 MOTEL' BEARING ALL ACROSS THE UNITED STATES AND THIS PARTICULAR SUPER 8 MOTEL DOES HAVE CAMERAS IN VARIOUS LOCATIONS BUT ARE NOT IN WORKING ORDER AS THEY ARE WITHOUT V.C.R. TAPES. SUCH A SMALL PRICE TO PAY FOR THE SAFETY & SECURITY OF YOUR CUSTOMERS OF WHOM COME FROM ALL WALKS OF LIFE AND OTHER STATES REGULARLY...THE DEFENDANTS ACTIONS ARE DELIBERATELY INDIFFERANT AND THE OWNER IS RESPONSIBLE FOR PROPERLY EDUCATING HIS EMPLOYEES TO THE POSSIBILITIES OF ANY TYPE OF EMERGENCIES AND AS A UNITED STATES CITIZEN AND A PAYING CUSTOMER OF WHOM WAS ONLY THERE FOR A 2 WEEK STAY DUE TO STRICTLY WORK PURPOSES,MY FEDERAL CONSTITUTIONAL LAWS WERE EXTREMELY VIOLATED BY THE SUPER 8 MOTEL, THE CLERK MR.KYLE SMITH OF WHOM ALLOWED THESE NON-RESIDENT CRIMINALS TO ENTER THE ESTABLISHMENT AND THE CLERK ALSO KNEW THAT THESE PEOPLE APPEARED TO BE INTOXICATED BUT LET THEM ROAM THE PREMISES, POUND ON PEOPLES DOORS AND REFUSED TO CALL POLICE, EVEN AFTER THE VIOLENT ORDEAL AS HE REFUSED TO CALL THE POLICE .. I HAD TO LITTERALLY GRAB THE PHONE AND CALL POLICE MYSELF... THE OWNER THEN CALLED THE OWNER OF MIDWAY MOVERS AND BOTH HAD DIRECTED ME TO PACK UP AND LEAVE THE PREMISES, AS IF I DID SOMETHING WRONG BUT EVEN AS I STRESSED THAT I WAS THE VICTIM IN ALL OF THIS AND THAT I HAD ALREADY BEEN COOPERATING WITH POLICE OFFICERS AND POINTED OUT ALL THE ATTACKERS SINCE NO TIME HAD BEEN WASTED IN THEIR CAPTURE. i was still forced TO BE TAKEN TO THE GREY HOUND STATION ON 6/9/2006...

AT THE TIME OF THIS INCIDENT MY **'DOMICILE'** WAS AT 1540 N. HARDING STREET, CHICAGO ILLINOIS, 60651.. IWAS BORN AND RAISED IN CHICAGO ILLINOIS ALL OF MY 40 YEARS. I WAS ONLY IN THE STATE OF INDIANA, PLAINFIELD FOR WORK PURPOSES ONLY AND IT WAS MY SECOND TIME THERE IN 1 MONTH...

THE DOMICILE OF THE DEFENDANTS ARE AT 6015 GATEWAY DRIVE, PLAINFIELD INDIANA, 46168.. THIS ADDRESS IS TO THE SUPER 8 MOTEL THAT I STOOD IN AT THE TIME OF MY VIOLENT BUT BRUTAL ATTACK, AND ASSAULT... THE NAMES OF THE DEFENDANTS ARE **OWNER OF SUPER 8 MOTEL, VENKATTA NATAAM, THE NITE ATTENDANT AND WITNESS MR. KYLE SMITH DOB:**5/7/1986 W/M.. **AND THEN THERES THE CORPORATION OF THE SUPER 8 MOTEL ITSELF...**

SO FOR THE PURPOSES OF WHO I AM SUING AND HOLDING ACCOUNTABLE IT IS THE 3 DEFENDANTS I HAVE LISTED AND IM SUEING IN THEIR INDIVIDUAL AND PROFESSIONAL CAPACITY..THE ACTS OF THE NITE ATTENDANT MR. KYLE SMITH ACTUALLY DEPRIVED EVERY CUSTOMER THAT WAS WITHIN THAT MOTEL ON 6/8/06 BUT I WAS THE ONE AND ONLY WHO SUFFERED THE MENTAL AND VIOLENT PHYSICAL INJURIES SO I DO HAVE A PROTECTED RIGHT THROUGH THE U.S. CONST. ANY TIME I TRAVEL OVER THE ROAD OR TO STAY AT A MOTEL OF MY CHOICE AND THAT PARTICULAR ESTABLISHMENT IS OBLIGATED TO PROVIDE A SAFE AND SECURE SURROUNDING AND A RESPECTABLE AMOUNT OF HOSPITALITY FOR IT'S CUSTOMERS BUT FOR THE PLAINTIFFS DAMMAGES BY THE DEFENDANTS WHO CAUSED PAIN, SUFFERING, EMOTIONAL DISTRESS, SHOCK, ANXIETY, FEAR,AND HUMILIATION... IT REDUCED MY QUALITY OF LIFE, BOTH AT HOME AND I WAS ALSO FIRED FROM MIDWAY MOVERS AFTER THIS INCIDENT AND I WAS NEVER GIVEN THE $800.00 OWED TO ME FOR THE WORK I HAD DID IN INDIANA, I WAS TOLD BY MIDWAY MOVERS THAT MY CHECK WENT TO THE SUPER 8 MOTEL TO PAY FOR THE DAMAGES THAT THE ATTACKERS TO MY PERSON CREATED & THAT I WAS ALSO RESPONSIBLE FOR PAYING THE GREY HOUND BUS TICKET THAT I WAS FORCED TO TAKE BACK TO CHICAGO ON 6/9/06. I ALSO LOST MY APARTMENT AS A RESULT OF THAT VIOLATION ON6/8/06. THE FEDERAL COURT HAS TOTAL JURISDICTION OVER THIS MATTER AS I AM A ILLINOIS CITIZEN AND UNDER **28 8 1332**... I BELIEVE THAT SINCE I AM REQUESTING THE AMOUNT OF $20,000,000,00 THAT THE FEDERAL COURT HOLDS ALL JURISDICTION ON THIS COMPLAINT... THANK YOU VERY MUCH FOR YOUR COOPERATION & PATIENCE...

P.S. I HAVE BEEN RESEARCHING SO MUCH, SO AS TO NOT MAKE THE COURTS CONFUSED AS TO MY COMPLAINT AND I HAVE WRITTEN NUMEROUS LAWYERS FOR HELP BUT TO NO AVAIL.. A HAVE READ AND UNDERSTAND THE DIVERSITY OF CITIZENSHIP JURISDICTION IN ARTICLE 3, SECTION 2 OF THE CONSTITUTION. I PRAY THE COURT GRANT THIS AMENDED COMPLAINT, AND I'M ALSO SENDING PROOF OF MY TRUTHFUL ALLEGATIONS... THE DEFENDANTS SERIOUSLY VIOLATED MY FEDERAL RIGHTS AND THEIR ESTABLISHMENT SHOULD OF PROVIDED PROTECTION FOR THEIR CUSTOMERS BUT NOT EVEN IN THE LEAST AMOUNT WAS ANY PROTECTION PROVIDED BY OR FOR THE SUPER 8 MOTEL!!!

/s/ **JAMES MICHAEL WORTHEM**

*james worthem*

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

<u>TO GRANT ME WITH A FAIR & JUST EQUITY, COMPENSATION FOR THE MENTAL & SERIOUS PHYSICAL</u>
<u>INJURIES I SUSTAINED TO MY PERSON. AND THAT THE COURT GRANT ME A JUST AMOUNT FROM</u>
<u>THE DEFENDANTS ON BOTH A INDIVIDUAL AS WELL AS IN THEIR JOB DESCRIPTION AS THEY</u>
<u>FAILED TO PROTECT MY EQUAL PROTECTION OF THE LAWS ... MY PRIVATE AND INDIVIDUAL RIGHTS</u>
<u>HAVE BEEN EXTREMELY INJURED BY A VIOLENT CRIME THAT HAPPEND ON THE PROPERTY OF</u>
<u>THE SUPER 8 MOTEL AND THE CLERK ON DUTY COULD HAVE PREVENTED THIS BRUTAL ASSAULT OF ME.</u>

PLAINTIFF REQUESTS AN AMOUNT OF $20,000,000.00

VI.  The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __11TH__ day of __AUGUST__, 20__08__

*James M. Worthen* (signature)

_____
(Signature of plaintiff or plaintiffs)

__JAMES MICHAEL WORTHEM__
(Print name)

__B-12624__
(I.D. Number)

__P.O. BOX 1900__

__CANTON ILLINOIS, 61520__
(Address)

STATE OF INDIANA      )
                      ) SS
COUNTY OF HENDRICKS   )

IN THE HENDRICKS      COURT

CASE NO.
INFORMATION FOR: **BATTERY - SERIOUS BODILY INJURY**
I.C. 35-42-2-1(3)
**CLASS "C" FELONY**

STATE OF INDIANA

VS

NAME: Dannielle Nicole Jones
ADDRESS: 4667 Iowa Street
Clayton, IN. 46117

DOB: 01/05/1985
DLN: 1150-22-1611
HGT: 500   WGT: 120   HAIR: BRO   EYES: GRN

FILED 2006 JUN -9 AM 11:03 CLERK OF HENDRICKS COUNTY

The undersigned affiant does hereby swear or affirm under the penalties of perjury that:

On or about June 8, 2006 at 6015 Gateway Drive, Super 8 Motel room 202 in Hendricks County, State of Indiana James D. Flatt (defendant) did knowingly touch James Worthem in a rude, insolent, or angry manner, to-wit: Punching him several times in the face, eye and side of the head with a metal object; resulting in serious bodily injury, to-wit: Blood seeping from the left side of his head, having a cut approximately three quarters of an inch long and one quarter inch wide, requiring stitches from the doctor and his left eye full of blood and swollen shut.

All which is contrary to the laws of the State of Indiana.

Date June 8, 2006
Signed:
Printed    J.C. Endsley    241
Agency Case # 06-L) 5417

Approved,
Deputy Prosecuting Attorney
55TH Judicial Circuit

State Witnesses:
See Witness List

```
                    Plainfield Metropolitan Police Department
                                 LAW Incident Table
Incident Number: 06-L05417
Nature:    Assault
  Addr:    6015 Gateway Dr                     Area:   SOUTH  Plainfield/South of St
  City:    Plainfield          St: IN  Zip:  46168     Contact:

Complainant:    134850
 Lst: Worthem                              Fst: James           Mid: M
 Addr: 1540 N Harding                                           Phone: (    )   -
 City: Chicago              ST: IL  Zip: 60651         DOB: 06/11/68

Offense codes           Reported: NC     Observed: ASIM
Code Description
---- ---------------------------
AOWP Assault with Other Weapon
ASIM Assault, Simple
INTP Intoxicated Person

Circumstances
Code     Description                                Comments
-----    -----------------------                    ---------------------


Responding Officers:   John Endsley          241
                       J McKee               234
                       W Sullivan            266
Rspnsbl Officer: John Endsley      Agency: PLFP        CAD Call ID: 06-C11523
    Recieved by: Elizabeth Jones   Last RadLog: 04:27:51 06/08/06    24
   How Received: T Telephone         Clearance: RTF  Report To Follow
  When Reported: 03:31:38 06/08/06 Disposition: CAA Disp Date: 06/09/06
Occurrd between: 03:31:38 06/08/06 Judicial Sts: NO   No Pictures Taken
            and: 03:31:38 06/08/06    Misc Entry:

Main Radio Log Table:
Time/Date               Typ Unit Code Zone Agnc Description
--------------------    --- ---- ---- ---- ---- -------------------------------
04:27:51 06/08/06        1  234   24   SOUT PLFP incid#=06-L05417 8 call=101
04:27:41 06/08/06        1  241   24   SOUT PLFP incid#=06-L05417 8 call=101
04:11:12 06/08/06        1  234   23   SOUT PLFP incid#=06-L05417 Arrived at Scene ca
04:05:33 06/08/06        1  266   24   SOUT PLFP incid#=06-L05417 8 call=101
03:57:59 06/08/06        f  MED1  24   FPLF PFD  incid#=06-F01628 Assignment Complete
03:57:16 06/08/06        1  234   24   SOUT PLFP incid#=06-L05417 8 call=101
03:56:42 06/08/06        1  266   23   SOUT PLFP incid#=06-L05417 inside Jacobson's w
03:55:14 06/08/06        1  266   23   SOUT PLFP incid#=06-L05417 Jacobson's looking
03:53:30 06/08/06        1  266   23   SOUT PLFP incid#=06-L05417 in the area call=10
03:52:02 06/08/06        1  234   23   SOUT PLFP incid#=06-L05417 650 Perry Rd Home D
03:50:29 06/08/06        1  234  ENRT  SOUT PLFP incid#=06-L05417 650 Perry Rd Home D
03:50:29 06/08/06        1  266  ENRT  SOUT PLFP incid#=06-L05417 650 Perry Rd Home D
03:50:05 06/08/06        1  234  ENRT  SOUT PLFP incid#=06-L05417 Enroute to a call c
03:47:38 06/08/06        1  234   24   SOUT PLFP incid#=06-L05417 8 call=101
03:46:58 06/08/06        1  266   23   SOUT PLFP incid#=06-L05417 in the area call=10
03:42:45 06/08/06        f  MED1 ARRV  FPLF PFD  incid#=06-F01628 Arrived on scene ti
03:42:28 06/08/06        1  266  ENRT  SOUT PLFP incid#=06-L05417 Enroute to a call c
03:40:59 06/08/06        1  234   23   SOUT PLFP incid#=06-L05417 in the area call=10
03:39:03 06/08/06        f  MED1 ARRV  FPLF PFD  incid#=06-F01628 Arrived on scene ca
03:38:58 06/08/06        1  241   23   SOUT PLFP incid#=06-L05417 Arrived at Scene ca
03:35:51 06/08/06        f  MED1 ENRT  FPLF PFD  incid#=06-F01628 Enroute to a call c
```

```
03:34:36 06/08/06    1    234   ENRT SOUT PLFP  incid#=06-L05417 Enroute to a call c
03:34:36 06/08/06    1    241   ENRT SOUT PLFP  incid#=06-L05417 Enroute to a call c
03:34:20 06/08/06    f    MED1  ASSG FPLF PFD   incid#=06-F01628 Assigned to a call
```

INVOLVEMENTS:

| Date | Record # | Description | Relationship |
|---|---|---|---|
| 06/08/06 | 40154 | BLU Can Kroger Mac/Beef 0.5 | Evidence |
| 06/08/06 | 40155 | GRN Bottle Mickeys liquor 1 | Evidence |
| 06/08/06 | 40156 | BRO Hat Ball 5 | Evidence |
| 06/09/06 | 40168 | RED Tape VHS Evidence 0 | Evidence |
| 06/08/06 | 82183 | Jones, Dannielle Nicole | Arrested |
| 06/08/06 | 85313 | Flatt, James D | Arrested |
| 06/08/06 | 94618 | Kotter, Lindsey J | Involved |
| 06/08/06 | 134851 | Havelka, Allen | Involved |
| 06/08/06 | 134852 | Smith, Kyle | Involved |
| 06/09/06 | 134901 | Dunagan, Brandon Coty | Involved |
| 06/09/06 | 134902 | Havelka, Allen | Involved |
| 06/08/06 | 134850 | Worthem, James M | Complainant |
| 06/08/06 | 06-C11523 | 03:31:38 06/08/06 Assault | Initiating Call /ML |

PLAINFIELD POLICE DEPARTMENT

RECORD OF SEIZED OR RECOVERED PROPERTY

DATE: June 8, 2006

CASE #:06-05417

CHECK ONE:

SEIZED __

RECOVERED_XXX___

DELIVERED BY: James Worthem
FROM WHOM:J. Endsley  241
DETAILS:Recovered for prints, and evidence from room 202.  Evidence tape of interviews


ITEM NO. QUANTITY            DESCRIPTION                WHERE STORED?
1  1   Mickeys, green glass bottle Evidence room
2  1   Kroger metal can, Mac/beef  Evidence room
3  1   Camo ball cap    Evidence room
4  1   VHS Taped interview  Evidence room

THE ABOVE LISTED ARTICLES RECEIVED AND CHECKED AS LISTED.


            SIGNED_____
                    responsible officer J. Endsley 241


THIS IS TO CERTIFY THAT ON THIS DATE I HAVE RECEIVED FROM THE PLAINFIELD POLICE DEPARTMENT THE ABOVE LISTED PROPERTY AND HEREBY RELEASE THEM FROM ALL RESPONSIBILITY CONCERNING THIS PROPERTY.

SIGNED_____ADDRESS_____
                                IN FULL_____
RELEASED BY_____DATE_____

```
                              Call Section
--------------------------------------------------------------------------------
Call Number: 06-C11523
Type: 1f    Nature: Assault           Priority: 2
Address: 6015 Gateway Dr                                     City: PLF
Contact:                                      Phone: (    )   -
Contact Address:
How Rcvd: T   Rcvd By: Elizabeth Jones  Hold until: **:**:** **/**/**

Comments:
-----------
6 Subjects assaulted him in his room 1 was a female/ named Danielle. Works at
Home Direct USA.


                            Property Section
--------------------------------------------------------------------------------

Property Number:     40168
         Item: Tape                      Owner Applied Nmbr:
         Brand: VHS
         Model: Evidence         Yr: 0         Quantity: 1         Meas:
    Serial Nmbr:                                Total Value: $0.00
         Color: RED/              UCR:

Owner:
     Agency: PLFP  Plainfield Metro PD       Accum Amt Recov: $0.00
     Officer: John Endsley                   Storage Location: Evidence room
  UCR Status:                                Tag Number:
  Local Status: EIS  Evidence in Storage     Crime Lab Number:
   Status Date: 06/09/06                     Date Released: **/**/**
   Local ID:
Date Recov/Rcvd: 06/09/06       Released By:
  Amt Recovered: $0.00          Released To:
  Custody: **:**:** **/**/**    Reason:
Comments:

INVOLVEMENTS:
Date        Record #   Description                  Relationship
---------   ---------  ---------------------------  ---------------------
06/09/06    06-L05417  Assault 06-L05417            Evidence


Property Number:     40154
         Item: Can                       Owner Applied Nmbr:
         Brand: Kroger
```

```
           Model: Mac/Beef           Yr: 0           Quantity: 1              Meas:
     Serial Nmbr:                                    Total Value: $0.50
           Color: BLU/SIL            UCR:

Owner:
     Agency: PLFP   Plainfield Metro PD        Accum Amt Recov: $0.00
     Officer: John Endsley                     Storage Location: Evidence room
 UCR Status:                                   Tag Number:
 Local Status: EIS   Evidence in Storage       Crime Lab Number:
   Status Date: 06/08/06                       Date Released: **/**/**
   Local ID:
Date Recov/Rcvd: 06/08/06         Released By:
  Amt Recovered: $0.00            Released To:
  Custody: **:**:** **/**/**      Reason:
Comments:

INVOLVEMENTS:
Date           Record #   Description                    Relationship
---------      --------   -----------------------------  ---------------------------
06/08/06       06-L05417  Assault 06-L05417              Evidence


Property Number:    40155
         Item: Bottle                  Owner Applied Nmbr:
        Brand: Mickeys
        Model: liquor            Yr: 0           Quantity: 1              Meas:
  Serial Nmbr:                                   Total Value: $1.00
        Color: GRN/GOL            UCR:

Owner:
     Agency: PLFP   Plainfield Metro PD        Accum Amt Recov: $0.00
     Officer: John Endsley                     Storage Location: Evidence room
 UCR Status:                                   Tag Number:
 Local Status: EIS   Evidence in Storage       Crime Lab Number:
   Status Date: 06/08/06                       Date Released: **/**/**
   Local ID:
Date Recov/Rcvd: 06/08/06         Released By:
  Amt Recovered: $0.00            Released To:
  Custody: **:**:** **/**/**      Reason:
Comments:

INVOLVEMENTS:
Date           Record #   Description                    Relationship
---------      --------   -----------------------------  ---------------------------
06/08/06       06-L05417  Assault 06-L05417              Evidence



Property Number:    40156
         Item: Hat                    Owner Applied Nmbr:
        Brand: Ball
```

```
           Model:                  Yr: 0              Quantity: 1          Meas:
      Serial Nmbr:                                    Total Value: $5.00
           Color: BRO/GRN          UCR:

Owner:    85313 Flatt                              ,James           D
     Agency: PLFP  Plainfield Metro PD      Accum Amt Recov: $0.00
     Officer: John Endsley                  Storage Location: Evidence room
UCR Status:                                        Tag Number:
Local Status: EIS   Evidence in Storage      Crime Lab Number:
  Status Date: 06/08/06                       Date Released: **/**/**
  Local ID:
Date Recov/Rcvd: 06/08/06         Released By:
  Amt Recovered: $0.00            Released To:
  Custody: **:**:** **/**/**      Reason:
Comments:

INVOLVEMENTS:
Date           Record #    Description                    Relationship
---------      ---------   ---------------------------    -----------------------
06/08/06       06-L05417   Assault 06-L05417              Evidence


06/09/06                   85313 Flatt, James D           Owner



NAME INVOLVMENT DETAIL

Name Number:   134901               Relationship: Involved
Last: Dunagan                  Fst: Brandon       Mid: Coty
Address: 8082 Wolnut St             City: Coatesville      St IN Zip 46121
DOB: 04/05/84    Ht: 6'00"   Wt: 168   Sex: M    Race: W

NAME INVOLVMENT DETAIL

Name Number:   134902               Relationship: Involved
Last: Havelka                  Fst: Allen         Mid:
Address: 4413 S Union               City: Chicago          St IL Zip 60651
DOB: 09/24/68    Ht: 6'01"   Wt: 165   Sex: M    Race: W

NAME INVOLVMENT DETAIL

Name Number:   82183                Relationship: Arrested
Last: Jones                    Fst: Dannielle     Mid: Nicole
Address: 4667 Iowa St               City: Clayton          St IN Zip 46118
DOB: 01/05/85    Ht: 5'00"   Wt: 120   Sex: F    Race: W

NAME INVOLVMENT DETAIL

Name Number:   85313                Relationship: Arrested
Last: Flatt                    Fst: James         Mid: D
Address: 313 Park                   City: Plainfield       St IN Zip 46168
DOB: 08/22/84    Ht: 6'00"   Wt: 162   Sex: M    Race: W
```

NAME INVOLVMENT DETAIL

Name Number:    94618              Relationship: Involved
Last: Kotter                       Fst: Lindsey       Mid: J
Address: 8624 New Winchester Rd              City: Stilesville    St IN Zip 46180
DOB: 03/06/85    Ht: 5'07"    Wt: 145    Sex: F    Race: W

NAME INVOLVMENT DETAIL

Name Number:    134850             Relationship: Complainant
Last: Worthem                      Fst: James         Mid: M
Address: 1540 N Harding                      City: Chicago        St IL Zip 60651
DOB: 06/11/68    Ht: 5'10"    Wt: 203    Sex: M    Race: W

NAME INVOLVMENT DETAIL

Name Number:    134851             Relationship: Involved
Last: Havelka                      Fst: Allen         Mid:
Address: 4413 South Union                    City: Chicago        St IL Zip 60651
DOB: 09/24/68    Ht: 6'00"    Wt: 200    Sex: M    Race: W

NAME INVOLVMENT DETAIL

Name Number:    134852             Relationship: Involved
Last: Smith                        Fst: Kyle          Mid:
Address: 10629 Valliona Dr                   City: Camby          St IN Zip 46113
DOB: 05/07/86    Ht: 5'11"    Wt: 156    Sex: M    Race: W

STATE OF INDIANA )
) SS:
HENDRICKS COUNTY )

## BATTERY VICTIM/WITNESS AFFIDAVIT

On or about __08__ day of __JUNE__, 200__6__, in Hendricks County, State of Indiana, __Danielle + 2 w/m__ did knowingly touch __James M Worthem__, in a rude, insolent and angry manner, to-wit: __Punched in left eye, side of (Left) head, Kicked in back, Mouth__

_____

_____

(Describe the Acts)

resulted in bodily injury, to-wit: __Cut on head, blood eye, Swollen mouth face__
(Describe Injury)

I understand that the investigating officer is relying upon my allegations as set forth in this affidavit as establishing Probable Cause for the arrest of arrest procedures under IC 35-33-1-1(a) (6).

I affirm under the penalties for perjury that the foregoing representations are true. I further understand the provisions of the false informing statute and declare I am reporting a crime.

__James Wathem__
Victim/Witness Signature

Time: 04:05 A
Date: 6-8-06

Pursuant to my investigation of the allegations, I have read the false informing statute to the victim /witness as found hereunder.

_____
Investigating Officer

SE INFORMING IC 35-44-2-2 © (1)

. person who:
ives a false report of the commission of a crime or gives false information in the official ivestigation of the commission of a crime, knowing the report or information to be false;
***
ommits false informing, a Class B Misdemeanor. However, the offense is a Class A Misdemeanor it substantially hiders any law enforcement process or if it results in harm to an innocent person.

## INTERROGATION: ADVICE OF RIGHTS

### YOUR RIGHTS

PLACE _Plainfield Police_
DATE _6-9-06_

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.
Anything you say can be used against you in court.
You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.
If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.
If you decide to answer any questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer.

Signed X _James Tlett_

### WAIVER OF RIGHTS

I have read this statement of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

Signed _James Tlett_

WITNESS: _[signature]_
WITNESS: _____
Time: _12:54_

## INTERROGATION: ADVICE OF RIGHTS

### YOUR RIGHTS

PLACE _Plainfield Police Dept_
DATE _6-8-06_

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.
Anything you say can be used against you in court.
You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.
If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.
If you decide to answer any questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer.

Signed _Dannielle N. Jones_

### WAIVER OF RIGHTS

I have read this statement of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

Signed _Dannielle N. Jones_

WITNESS: _ASC/1_

WITNESS: _____

Time: _1904 pm 6-8-06_



INTERROGATION: ADVICE OF RIGHTS

YOUR RIGHTS

PLACE _Plainfield Police Dept_
DATE _6-9-06_

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.
Anything you say can be used against you in court.
You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.
If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.
If you decide to answer any questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer.

Signed X _Brandon Dwyer_

WAIVER OF RIGHTS

I have read this statement of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

Signed _Brandon Dwyer_

WITNESS: _[signature]_
WITNESS: _____
Time: _01:23 AM_